**Order filed April 5, 2022**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00040-CV**

_____

**DONG SHENG HUANG, Appellant**

**V.**

**OVERHAULINGPRO.COM LLC, MARK DENSON AND GARY DENSON,**
**Appellees**

---

**On Appeal from the 125th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2014-22074**

---

## ORDER

On March 4, 2022, the court reporter, Monica D. Grassmuck, informed this court that appellant has not paid or made arrangements to pay for the record and is not appealing as indigent. Appellant filed a response on March 18, 2022, asserting that he is appealing as indigent.

The record before this court reflects that appellant filed a Statement of Inability to Afford Payment of Costs in the trial court on May 22, 2017. A party

who filed a Statement of Inability to Afford Payment of Court Costs in the trial court is not required to pay costs in the appellate court unless the trial court overruled the party's claim of indigence in an order that complies with Texas Rule of Civil Procedure 145. Tex. R. App. P. 20.1(b)(1). The clerk's record in this appeal, filed February 16, 2022, contains no such order. Accordingly, appellant is considered indigent for purposes of the record and for the appellate filing fee. *See* Tex. R. Civ. P. 145(a); Tex. R. App. P. 20.1(b)(1).

We therefore order Monica D. Grassmuck, the official court reporter, to file the record in this appeal within thirty days of the date of this order.

PER CURIAM

Panel Consists of Justices Wise, Poissant and Wilson.